**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GWYNN A. DONAHUE**                                                    **PLAINTIFF**

**V.**                                    **4:04CV655JMM**

**EURONET SERVICES, INC., AS PLAN
ADMINISTRATOR OF THE EURONET
SERVICES, INC., LONG TERM DISABILITY
PLAN; GE GROUP LIFE ASSURANCE COMPANY
(F/K/A PHOENIX LIFE INSURANCE COMPANY),
AS CLAIMS ADMINISTRATOR OF THE EURONET
SERVICES, INC., LONG TERM DISABILITY PLAN;
EURONET SERVICES, INC., LONG TERM
DISABILITY PLAN; AND UNUM LIFE
INSURANCE COMPANY OF AMERICA**                        **DEFENDANTS**

<u>**ORDER**</u>

This case is dismissed without prejudice for Plaintiff's failure to prosecute.  The Clerk is

directed to close the case.

IT IS SO ORDERED this 2nd day of January 2008.

_____
James M. Moody
United States District Judge