IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GWYNN A. DONAHUE                                                               PLAINTIFF

V.                                              4:04CV655JMM

EURONET SERVICES, INC., AS PLAN
ADMINISTRATOR OF THE EURONET
SERVICES, INC., LONG TERM DISABILITY
PLAN; GE GROUP LIFE ASSURANCE COMPANY
(F/K/A PHOENIX LIFE INSURANCE COMPANY),
AS CLAIMS ADMINISTRATOR OF THE EURONET
SERVICES, INC., LONG TERM DISABILITY PLAN;
EURONET SERVICES, INC., LONG TERM
DISABILITY PLAN; AND UNUM LIFE
INSURANCE COMPANY OF AMERICA                                   DEFENDANTS

**ORDER**

Pending is the Plaintiff's motion to reopen the case pursuant to Rule 59(e).  For good cause shown, the motion (Docket # 59) is GRANTED.  The Clerk is directed to reopen the case against Defendant Euronet Services, Inc.

IT IS SO ORDERED this 22nd day of January 2008.

_____
James M. Moody
United States District Judge