IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GWYNN A. DONAHUE                                              PLAINTIFF

V.                                   4:04CV655JMM

EURONET SERVICES, INC., AS PLAN
ADMINISTRATOR OF THE EURONET
SERVICES, INC., LONG TERM DISABILITY
PLAN; GE GROUP LIFE ASSURANCE COMPANY
(F/K/A PHOENIX LIFE INSURANCE COMPANY),
AS CLAIMS ADMINISTRATOR OF THE EURONET
SERVICES, INC., LONG TERM DISABILITY PLAN;
EURONET SERVICES, INC., LONG TERM
DISABILITY PLAN; AND UNUM LIFE
INSURANCE COMPANY OF AMERICA                                  DEFENDANTS

## ORDER

This action was reopened against Defendant Euronet Services, Inc. by Order entered January 22, 2008. The parties are directed to submit status reports to the Court on or before May 16, 2008.

IT IS SO ORDERED this 30th day of April, 2008.

_____
James M. Moody
United States District Judge