UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Western Division

| | |
|---|---|
| **GYWNN A. DONAHUE,**<br><br>       Plaintiff,<br><br>v.<br><br>EURONET SERVICES, INC. **as Plan Administrator of the Euronet Services, Inc. Long Term Disability Plan,** GE GROUP LIFE ASSURANCE COMPANY (f/k/a Phoenix Life Insurance Company) **as Claims Administrator of the Euronet Services, Inc. Long Term Disability Plan,** EURONET SERVICES, INC. LONG TERM DISABILITY PLAN**, and** UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>                                         Defendant | No. 4-04-CV-00655 JMM |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) AND ENTRY OF FINAL JUDGMENT UNDER RULE 54(b)

Upon consideration of the Stipulation Of Dismissal With Prejudice Pursuant To Rule 41(a)(1) that Plaintiff filed and to which Euronet Services, Inc. consents thereto, the Court finds good cause has been shown. Therefore, the Court:

GRANTS the Stipulation Of Dismissal With Prejudice Pursuant To Rule 41(a)(1) of those claims dismissed in said stipulation of dismissal with each party to the stipulation to bear its own costs (docket entry #66).

As to all remaining claims, this Court, pursuant to Fed. R. Civ. P. 54(b) expressly directs, over Plaintiff's objections, the entry of FINAL JUDGMENT in favor of Ge Group Life Assurance Company (f/k/a Phoenix Life Insurance Company), Euronet Services, Inc. Long Term Disability Plan, and Unum Life Insurance Company of America. This Court enters this FINAL JUDGMENT for the reasons expressed in its order of January 11, 2007. (docket entry #55).

This is an Appealable Order under Fed. R. Civ. P. 54(b).

SIGNED this 15th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE